# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,

Civil File No. 01-CV-2010 DSD/SRN

vs.

**STIPULATION TO EXTEND TIME TO ANSWER AND ORDER**

William A. Sonntag, individually and d/b/a Suburban Floor Covering Store,

Defendant.

## STIPULATION TO EXTEND TIME TO ANSWER

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, as follows:

1. That Defendant was personally served with a copy of the Summons and Complaint in this matter on November 7, 2001, and that his Answer or other responsive pleading is due to be served and filed on November 28, 2001.

2. That the Plaintiffs and the Defendant met on November 13, 2001 to discuss possible resolution of this lawsuit.

3. That both parties agree that extending the time for Defendant to respond to Plaintiffs' Complaint would facilitate possible resolution of this matter.

4. That Defendant requests and Plaintiffs consent to an additional twenty-one (21) days for Defendant to respond to Plaintiffs' Complaint.

5. That the stipulated deadline date for Defendant to respond to Plaintiffs' Complaint is December 19, 2001.

NOV 28 2001
FILED RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 27, 2001

ROSENE, HAUGRUD & STAAB, CHARTERED

Andrew E. Staab
Attorneys for Plaintiffs
400 Robert Street North #1800
St. Paul, MN 55101
(651) 227-6621
Attorney Registration #204705

Dated: November 26, 2001

MESLOW & OLSON, PLLC

Douglas B. Meslow
Attorneys for Defendant
2125 – 2nd Street
White Bear Lake, MN 55110
(651) 426-1533
Attorney Registration # 160295

# ORDER

Based upon the parties' Stipulation, the time for Defendant to respond to Plaintiffs' Complaint is hereby extended an additional twenty-one (21) days. Defendant shall respond to Plaintiffs' Complaint by no later than December 19, 2001 to avoid entry of default.

SO ORDERED.

Dated: 11/28, 2001

Susan Richard Nelson
United States Magistrate Judge

F:\Labor\6200_6240 Ceramic Tile\6240.27 Sonntag, William A\Docs\Stipulation to extend.doc